**ASHURST PERKINS COIE US LLP**
Elliott Joh, Bar No. 264927
EJoh@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Marlenee Blas Pedral, Bar No. 355199
MBlasPedral@perkinscoie.com
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendants STATIC MEDIA INC. and YAHOO INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DANIEL VESELY, on behalf of himself and all similarly situated persons,

Plaintiff,

v.

STATIC MEDIA INC., a Delaware corporation; YAHOO INC., a Delaware corporation,

Defendant.

Case No. 2:26-cv-04347-JGB-RAO

**ORDER GRANTING THIRD STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 7-1)**

Current response: August 13, 2026
New response date: September 28, 2026

**[~~PROPOSED~~] ORDER**

The Court, having considered the Parties' Stipulation to Extend Time to Respond to Initial Complaint, and for good cause shown, hereby orders that the Parties' Stipulation is GRANTED. Defendants Static Media Inc.'s and Yahoo Inc.'s deadline to respond to the Complaint is extended to September 28, 2026.

**IT IS SO ORDERED.**

Dated: August 12, 2026 By: ______________________

Hon. Jesus G. Bernal
United States District Judge